```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 15498
   JACQUELINE C PERRET
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-3624
```

---

                    TRUSTEE'S FINAL REPORT AND ACCOUNT

---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/27/07 .

     2.  The case was dismissed without confirmation, 12/21/2007.

     3.  The Debtor paid a total of $   2630.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CITY OF LAKE FOREST | UNSECURED | NOT FILED | .00 | .00 |
| ML MEDICAL BILLING | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NORTHWESTERN HE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS BONE/JOINT INST | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST EMERGENCY PH | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST FOOD& WINE S | UNSECURED | NOT FILED | .00 | .00 |
| LAKE FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| LEONARD SALTZMAN DDS | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT MANAGEMENT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| PINNACLE CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| POTTERY BARN | UNSECURED | NOT FILED | .00 | .00 |
| SHARENET COMMUNICATIONS | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| SUNSET FOODS | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO LAKESHORE MED AS | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED MORTGAGE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, COHEN & KROL                    , was allowed $       .00
and was paid $       .00 .

The Trustee received $          .00 .

Refunds to the Debtor totaled $   2630.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/11/08                       /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE